IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEMARIO M. NOBLES, #278 575,   )
                                       )
        Plaintiff,          )
                                       )
        v.                  )     CASE NO. 2:22-CV-159-WHA-CSC
                                       )
JEFFERSON S. DUNN,         )
COMMISSIONER, et al.,      )
                                     )
        Defendants.    )

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on June 16, 2022. Doc. 3.  There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 7th day of July 2022.

                         /s/   W. Harold Albritton          
                        W. HAROLD ALBRITTON
                        SENIOR UNITED STATES DISTRICT JUDGE